UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KHARI VARNER, | Case No.: 2:24-cv-02130-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| DEPARTMENT OF FAMILY SERVICES, et al., | [ECF No. 14] |
| Defendants | |

On May 2, 2025, Magistrate Judge Weksler recommended that I dismiss this case because mail sent to Varner was returned as undeliverable and Varner did not comply with the court's order to update his address. ECF No. 14.  Varner did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 14) is accepted, this case is dismissed without prejudice, and the clerk of court is instructed to close this case.

DATED this 22nd day of May, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE