# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KHARI VARNER, | Case No.: 2:24-cv-02130-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendants | |

Plaintiff Khari Varner filed an amended complaint on December 29, 2025. ECF No. 16. However, this case has been closed since May 22, 2025. ECF No. 15. If Varner wants to file a complaint, he must file a new action under a new case number.

I THEREFORE ORDER that the proposed amended complaint at ECF No. 16 is STRICKEN.

DATED this 5th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE