# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KHARI VARNER, | Case No.: 2:24-cv-02130-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendants | |

Plaintiff Khari Varner filed a second amended complaint on December 29, 2025. ECF No. 17. However, this case has been closed since May 22, 2025. ECF No. 15. If Varner wants to file a complaint, he must file a new action under a new case number.

I THEREFORE ORDER that the proposed amended complaint at ECF No. 17 is STRICKEN.

DATED this 8th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE