**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHARI VARNER, | Case No.: 2:24-cv-02130-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendants | |

Plaintiff Khari Varner filed two documents entitled "Comprehensive Federal Tort Claims Act Brief." ECF Nos. 22, 23. However, this case has been closed since May 22, 2025. ECF No. 15. As I have previously ordered, if Varner wants to file a complaint, he must file a new action under a new case number. *See* ECF Nos. 18, 21. I advise Varner that if he continues to file documents in this case (other than a notice of appeal), he may be subject to sanctions, including monetary sanctions.

I THEREFORE ORDER that the Comprehensive Federal Tort Claims Act Briefs at ECF Nos. 22 and 23 are STRICKEN.

DATED this 14th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE